# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7075**                    **September Term, 2021**

**1:22-cv-00274-UNA**

**Filed On:** July 26, 2022

Patrick O. Christian,

        Appellant

    v.

Republican Party and Democratic Party,

        Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed on February 24, 2022 and May 11, 2022 be affirmed. The district court properly dismissed the case pursuant to 28 U.S.C. § 1915(e)(2) (requiring dismissal of complaint where "the action or appeal is frivolous or malicious [or] fails to state a claim on which relief may be granted"). Furthermore, the district court did not abuse its discretion in denying appellant's motions for post-judgment relief. See Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (denial of Rule 59(e) motion reviewed for abuse of discretion).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk